**Order entered May 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00548-CV

### IN THE INTEREST OF S.V., A CHILD

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-04-11968-V

## ORDER

Before the Court is appellant's May 17, 2019 motion to accelerate this appeal. We

**DENY** the motion.

/s/      ERIN A. NOWELL
         JUSTICE